# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-CR-00117-RLH-PAL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Motion for Early Termination of |
| LORI IRISH, | ) | Supervised Release-#133) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the Court is Defendant's **Motion for Early Termination of Supervised Release** (#133, filed Aug. 19, 2014) and the Court will exercise its authority and refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion for Early Termination of Supervised Release** (#133) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of the entry this Order.  Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED:   August 21, 2014

_____
**Roger L. Hunt**
**United States District Judge**